IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY ASBERRY,

    Plaintiff,                    No. 2: 11-cv-2462 KJM KJN P

    vs.

MATTHEW CATE, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Pending before the court is defendants' May 7, 2012 request for clarification of the screening order. Defendants request that the court clarify whether it found plaintiff's state law claims potentially cognizable. Defendants are informed that the court found plaintiff's federal claims *and* state law claims potentially cognizable.

        IT IS HEREBY ORDERED.

DATED: May 8, 2012

                              _/s/ Kendall J. Newman_
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

as2462.cla