IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY ASBERRY,

    Plaintiff,                   No. 2: 11-cv-2462 KJM KJN P

    vs.

MATTHEW CATE, et al.,

    Defendants.           ORDER

_____/

        Plaintiff is a state prisoner, proceeding without counsel. On November 29, 2012, plaintiff filed a third motion for law library access. (Dkt. No. 91.) However, this motion crossed in the mail with the court's November 29, 2012 order denying plaintiff's prior two motions, but granting plaintiff an extension of time in which to file his opposition to the October 30, 2012 motion to dismiss. (Dkt. No. 90.) Moreover, on November 30, 2012, plaintiff filed his opposition to the October 30, 2012 motion. (Dkt. No. 93.) Accordingly, plaintiff's third motion for law library access is moot. IT IS HEREBY ORDERED that plaintiff's November 29, 2012 motion (dkt. no. 91) is denied without prejudice.

DATED: December 13, 2012

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

asbe2462.lib3