UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ASBERRY, | No. 2:11-cv-2462 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On July 21, 2014, the undersigned recommended that defendants' motion to dismiss be granted. (ECF No. 178.) On August 25, 2014, plaintiff filed a pleading stating that on July 31, 2014, he mailed his objections to the findings and recommendations to the court with a motion to review the in-house camera footage. (ECF No. 185.)

On August 4, 2014, the court received plaintiff's motion for the court to review the in-house camera footage. (ECF No. 182.) On August 4, 2014, the court also received plaintiff's motion for clarifications and/or corrections. (ECF No. 183.) The court has not received from plaintiff a pleading labeled as objections to the findings and recommendations filed July 21, 2014.

////

////

////

1  Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this
order, plaintiff shall file his objections to the July 21, 2014 findings and recommendations or
clarify that one of the pleadings listed above is meant to be his objections.

Dated:  August 28, 2014

As2462.cla

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE