UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| TONY ASBERRY, | No. 2:11-cv-2462 KJM KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for reconsideration of the magistrate judge's order denying plaintiff's motion for legal materials. (ECF No. 139.)

On July 21, 2014, the magistrate judge recommended that defendants' motion for terminating sanctions be granted. (ECF No. 178.)

IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 139) is stayed pending this court's review of the July 21, 2014 findings and recommendations.

DATED: September 9, 2014.

_____
UNITED STATES DISTRICT JUDGE

1